

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

WG:CRE
F.#2005R01107

*One Pierrepont Plaza*
*Brooklyn, New York 11201*

*Mailing Address:* 147 Pierrepont Street
Brooklyn, New York 11201

December 8, 2005

By Facsimile and ECF

The Honorable Dora L. Irizarry
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: United States v. Amer Aladdin
          Criminal Docket No. 05-0543 (DLI)

Dear Judge Irizarry:

    I write to confirm the adjournment of the status conference in the above-referenced case, formerly scheduled for December 9, 2005, to January 6, 2006 at 2:30 p.m. Defense counsel has consented to the adjournment and has consented to exclusion of time under the Speedy Trial Act, for the purpose of continued plea negotiations.

Very truly yours,

ROSLYNN R. MAUSKOPF
United States Attorney
Eastern District of New York

By: _____
Cameron Elliot
Assistant United States Attorney
(718) 254-6145

cc: Richard Finkel, Esq. (by ECF and facsimile)

*[Handwritten: Application GRANTED on consent. The status conference is adjourned until Jan. 6, 2006 at 2:30 PM. Time is excluded on consent and in the interest of justice between 12/9/05 and 1/6/06. SO ORDERED. Dated: Brooklyn, NY Dec. 8, 2005 — USDJ]*

*[Stamp: In Chambers of U.S. District Judge DORA L. IRIZARRY DEC -8 2005]*